UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR05-354-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| JUNG KWANG KIM, a.k.a. | ) | |
| Danny Kim, a.k.a. Jung K. Kim, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

Wire Fraud (three counts); False Statement, Visa Fraud, Identity Fraud

<u>Date of Detention Hearing</u>:   October 28, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is charged with obtaining money from others by means of false pretenses by soliciting investors for franchises to provide cleaning services to commercial buildings; making false statements to the Social Security Administration; procuring immigration documents by utilizing false identification information; and procuring a Washington State identification card

utilizing false identification information.

(2) According to the AUSA, the defendant is estranged from his immediate family due to some of the actions alleged in the indictment. He has no ties to this District and is alleged to have fled to the Central District of California to avoid these charges. An individual identified as his wife has been indicted for similar charges in case number 05-352, although the AUSA proffers that ICE has informed their office that the defendant obtained a permanent resident visa through marriage to another individual.

(3) The defendant does not contest detention at this time.

(4) The defendant poses a risk of nonappearance due to the nature of the instant charges, family ties to Korea, unemployed status, lack of verified background information, lack of ties to this District, discrepancies regarding the defendant's background information. He poses a risk of danger due to the nature of the instant charges involving identity fraud.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  28th  day of October, 2005.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge