Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>    v.<br><br>JUNG KWANG KIM,<br><br>                 Defendant. | NO. CR05-0354JLR<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

THIS MATTER having come before the Court on the stipulated oral motion of the parties for an order continuing the trial date, and the Court having considered the stipulated motion of the parties, the reasons set forth in open court, together with the balance of the records and files herein, the Court hereby adopts the reasons set forth by the parties and finds that the failure to continue the trial date would likely result in a miscarriage of justice, pursuant to 18 U.S.C. § 3161(8)(B)(i), and would unreasonably deny the defendant or the attorney for the Government the reasonable time for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(8)(B)(iv), and it further appearing to the Court that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial,

      IT IS HEREBY ORDERED that the stipulated motion of the parties to continue the trial date is GRANTED;

Order Granting Stipulated Motion to Continue Trial
Kim/Case No. 05-0354JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the trial date shall be continued from December 27, 2005, to May 23, 2006;

IT IS FURTHER ORDERED that the period of delay from December 27, 2005, until May 26, 2006, is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174.

Having advised the Court through the representations of counsel that he has agreed to waive his speedy trial rights under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and that he has further agreed that the period from December 27, 2005, through May 23, 2006, shall be an excludable period of time pursuant to 18 U.S.C. § 3161(h)(8)(A), the Defendant shall immediately execute and file formal waiver of his speedy trial rights documenting his agreement to the continuance and to the exclusion of time.

DATED this 15th of December, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

Presented by:

 s/ Katheryn Kim Frierson
_____
KATHERYN KIM FRIERSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington   98101
Telephone:  206/553-4737
Facsimile:  206/553-2422
E-mail:  katheryn.k.frierson@usdoj.gov

Order Granting Stipulated Motion to Continue Trial
Kim/Case No. 05-0354JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970